**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00101-AP

ROGER BAKER,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        <u>For Plaintiff</u>:
        Gail C. Harriss
        GAIL C. HARRISS, LLC
        450 S. Camino del Rio, Suite 201
        Durango, CO 81301
        Telephone:  (970) 247-4411
        Fax: (970) 247-1482
        Gharriss@harrisslaw.com

        <u>For Defendant</u>:
        JOHN  F. WALSH
        United States Attorney
        J. BENEDICT. GARCIA
        Assistant United States Attorney

        M. THAYNE WARNER
        Special Assistant United States Attorney
        Assistant Regional Counsel
        Office of the General Counsel
        Social Security Administration
        1001 Seventeenth Street
        Denver, Colorado 80202
        (303) 844-7237
        thayne.warner@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:**   January 16, 2013
**B. Date Complaint Was Served on U.S. Attorney's Office:**   February 6, 2013
**C. Date Answer and Administrative Record Were Filed:**   April 4, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of the parties' knowledge, the Administrative Record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** None anticipated.
**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.
**Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

This case involves no prior judicial involvement. No other matters are anticipated.

## 8. BRIEFING SCHEDULE

**A. Plaintiff's Opening Brief Due:**   June 3, 2013
**B. Defendant's Response Brief Due:**   July 3, 2013
**C. Plaintiff's Reply Brief (If Any) Due:** July 18, 2013

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:** Oral Argument is not requested.
**B. Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 24th day of April, 2013.

BY THE COURT:

<u>*s/John L. Kane*</u>_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | JOHN F. WALSH |
|---|---|
| | United States Attorney |
| s/ **Gail C. Harriss** | J. BENEDICT. GARCIA |
| By: Gail C. Harriss | Assistant United States Attorney |
| GAIL C. HARRISS, LLC | |
| 450 S. Camino del Rio, Suite 201 | s/ **M. Thayne Warner** |
| Durango, CO 81301 | By: M. THAYNE WARNER |
| Telephone: (970) 247-4411 | Special Assistant United States Attorney |
| Fax: (970) 247-1482 | Assistant Regional Counsel |
| gharriss@harrisslaw.com | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | (303) 844-7237 |
| | thayne.warner@ssa.gov |

For Defendant: