**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00101-RM

ROGER BAKER

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration,

     Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion and Stipulation for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA) (the "Joint Motion") (ECF No. 28) and the parties' Joint Status Report (ECF No. 30), filed after the Court remanded this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The Court has considered the parties' stipulation that the requirements for an award of attorney's fees under the EAJA are met and that the payment shall be made payable to Plaintiff, along with the Court file. Upon such considerations, and being otherwise fully advised, the Court finds that Plaintiff is entitled to an attorney's fee award under the EAJA and the amount requested is reasonable. Accordingly, the Court ORDERS as follows:

    (1) The Joint Motion (ECF No. 28) is GRANTED, and Plaintiff is awarded $4,606.10 in attorney's fees pursuant to the EAJA, 28 U.S.C. § 2412; and

(2) Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA award shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

DATED this 8th day of December, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge